ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Lockheed Martin Corporation | )  ASBCA No. 64277 |
| | ) |
| Under Contract No. W52P1J-18-D-0061 | ) |

APPEARANCES FOR THE APPELLANT:      Michelle D. Coleman, Esq.
                                    John Nakoneczny, Esq.
                                    Zariah T. Altman, Esq.
                                      Crowell & Moring, LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Dana Chase, Esq.
                                      Army Chief Trial Attorney
                                    MAJ Joseph A. Seaton, JA
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 21, 2026

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64277, Appeal of Lockheed Martin Corporation, rendered in conformance with the Board's Charter.

Dated:  April 21, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals